

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00422-CV

STEPHANIE O'CALLAGHAN,

**Appellant**

 v.

CURVES INTERNATIONAL, INC.,

**Appellee**

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2011-3822-4**

## MEMORANDUM OPINION

The Clerk of this Court notified the parties in a February 22, 2013 letter that the appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days. No response has been received. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed March 28, 2013
[CV06]